# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| A.G., by and through their guardian ad litem, Corene Gabot,<br><br>　　　　　　　　Plaintiffs<br><br>v.<br><br>Albertson's LLC,<br><br>　　　　　　　　Defendant | Case No. 2:24-cr-01943-CDS-MDC<br><br>**Order Striking Plaintiff's Petition to Approve Minor's Compromise**<br><br>[ECF No. 14] |

　　　Plaintiff Corene Gabot filed a petition for approval of minor's compromise on June 26, 2025. Pet., ECF No. 14 at 9. The petition violates the local rules because it contains unredacted personal identifying information. *See* D. Nev. L.R. IC 6-1 (addressing redactions, including names of minor children and dates of birth). Accordingly, the petition **[ECF No. 14] is STRICKEN**. Plaintiff is ordered to refile a redacted version of the petition, as well as a sealed, unredacted version of the petition, accompanied by a motion to seal that meets the standard set forth in *Kamakana v. City & Cnty. of Honolulu*, 447 F.3d 1172, 1176 (9th Cir. 2006) by July 28, 2025. The court also notes that plaintiff may want to correct the inconsistency regarding the minor child's age at ECF No. 13 at 3, line 4, at ¶ 1.

　　　Dated: July 17, 2025

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　Cristina D. Silva
　　　　　　　　　　　　　　　　　　　United States District Judge