**LEW BRANDON, JR., ESQ.**
Nevada Bar No. 5880
**RYAN VENCI, ESQ.**
Nevada Bar No. 7547
**BRANDON | SMERBER LAW FIRM**
139 E. Warm Springs Road
Las Vegas, Nevada 89119
(702) 380-0007
(702) 380-2964 – *facsimile*
*l.brandon@bsnv.law*
*r.venci@bsnv.law*
*Attorneys for Defendant,*
*ALBERTSON'S, LLC*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| CORENE GABOT and AMIYAH GABOT, a minor by and through her Guardian ad Litem, CORENE GABOT,<br><br>Plaintiff<br><br>v.<br><br>ALBERTSON'S LLC,<br><br>Defendant | CASE NO.: 2:24-cv-1943-CDS-MDC<br><br>**STIPULATION TO DISMISS DEFENDANT ALBERTSON'S LLC, WITH PREJUDICE LEAVING NO REMAINING PARTIES** |

IT IS HEREBY STIPULATED AND AGREED TO by LEW BRANDON, JR., ESQ., and RYAN VENCI, of BRANDON | SMERBER LAW FIRM, on behalf of Defendant, ALBERTSON'S LLC, and Plaintiffs, CORENE GABOT and AMIYAH GABOT, a minor by and through her Guardian ad Litem, CORENE GABOT, by and through ROBERT B. SMITH, ESQ., of MORGAN & MORGAN as follows:

/ / /

/ / /

*Corene Gabot v. Albertson's LLC*
Case No.: 2:24-cv-1943-CDS-MDC

That Defendant, ALBERTSON'S, LLC, be dismissed, with prejudice from the above-entitled matter, leaving no remaining parties. Each party to bear their own fees and costs.

DATED this 8th day of October, 2025.          DATED this 8th day of October, 2025.

**BRANDON | SMERBER LAW FIRM**          **MORGAN & MORGAN**

/s/ Lew Brandon, Jr., Esq.

_____          _____
**LEW BRANDON, JR., ESQ.**          **ROBERT B. SMITH, ESQ.**
Nevada Bar No. 5880          Nevada Bar No. 9693
**RYAN VENCI, ESQ.**          18100 Von Karman, Suite 200
Nevada Bar No. 7547          Costa Mesa, CA 92612
139 E. Warm Springs Road          *Attorneys for Plaintiffs,*
Las Vegas, Nevada 89119          *CORENE GABOT and*
*Attorneys for Defendant,*          *AMIYAH GABOT, a minor by and through her*
*ALBERTSON'S, LLC*          *Guardian ad Litem, CORENE GABOT*

Based on the parties' stipulation, this case is dismissed with prejudice, with each party to bear its own costs and fees. The Clerk of Court is kindly instructed to close this case.

_____
United States District Judge
October 10, 2025